# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐    Misdemeanor ☐    Felony ✔    USAO No.: _____    Case No.: _____

Charging Document: **Complaint**    No. of Defendants: 1    Total No. of Counts: 2    Sealed: Y ☐  N ✔

Forfeiture: Y ☐  N ✔    OCDETF: Y ☐  N ✔    McGirt: Y ☐  N ✔    Warrant ☐    Summons ☐    Notice ✔

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**    By: **MJ**

| Name: **JASPER REED** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1997    SSN: XXX-XX-0341 | Race: White    Interpreter: Y ☐  N ✔ |
| Sex: M ✔  F ☐    Juvenile: Y ☐  N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ✔ Detention Requested    Complaint: Y ☐  N ✔

☐ Type of Bond: _____

✔ In Custody at: USP Canaan    Magistrate Judge Case No.: MJ-

Inmate/Prisoner/Register No.: 15087-510    Previously Detained: Y ☐  N ✔

**ATTORNEY/AGENCY INFORMATION:**

✔ Public Defender    Name: Kyle Wackenheim    AUSA: Tiffany Edgmon
☐ CJA Panel    Address: 215 Dean A. McGee, Suite 109    Agent/Agency: FBI
☐ Retained    Oklahoma City, Oklahoma 73102
Phone: (405) 609-5930    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1111(a)<br>18 U.S.C. § 7(3) | Murder in the Second Degree | NMT life imprisonment;; NMT $250,000.00 fine, or both; NMT 5 years' S/R; $100.00 S/A |
| 2 | 18 U.S.C. § 113(a)(6)<br>18 U.S.C. § 7(3) | Assault Resulting in Serious Bodily Injury | NMT 10 years' imprisonment; NMT $250,000.00 fine; NMT 3 years' S/R; $100.00 S/A |

**Signature of AUSA:** s/Tiffany Edgmon    **Date:** 09/03/2024