IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 06 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ /aa _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. CR 25-156 SLP |
| | ) | |
| JASPER REED, | ) | Violations: 18 U.S.C. § 1113 |
| | ) | 18 U.S.C. § 7(3) |
| Defendant. | ) | 18 U.S.C. § 113(a)(6) |
| | ) | 18 U.S.C. § 1111(a) |
| | ) | 18 U.S.C. § 3591 |
| | ) | 18 U.S.C. § 3592 |

**I N D I C T M E N T**

The Federal Grand Jury charges:

**COUNT 1**
**(Attempted Murder)**

On or about April 27, 2024, in the Western District of Oklahoma,

------------------------------------------ **JASPER REED,** ------------------------------------------

at the Bureau of Prison's Federal Transfer Center, which is located on land acquired for the use of the United States and under the concurrent jurisdiction thereof, willfully, deliberately, maliciously, with premeditation and malice aforethought, attempted to kill T.R. by striking, beating, and strangling T.R.

All in violation of Title 18, United States Code, Sections 1113 and 7(3).

**COUNT 2**
**(Assault Resulting in Serious Bodily Injury)**

On or about April 27, 2024, in the Western District of Oklahoma,

---------------------------------------- **JASPER REED,** ----------------------------------------

at the Bureau of Prison's Federal Transfer Center, which is located on land acquired for the use of the United States and under the concurrent jurisdiction thereof, knowingly assaulted T.R. by striking, beating, and strangling T.R., resulting in serious bodily injury to T.R.

All in violation of Title 18, United States Code, Sections 113(a)(6) and 7(3).

## COUNT 3
### (Murder in the First Degree)

On or about May 8, 2024, in the Western District of Oklahoma,

---------------------------------------- **JASPER REED,** ----------------------------------------

at the Bureau of Prison's Federal Transfer Center, which is located on land acquired for the use of the United States and under the concurrent jurisdiction thereof, willfully, deliberately, maliciously, with premeditation and malice aforethought, unlawfully killed R.P. by striking, beating, and strangling R.P.

All in violation of Title 18, United States Code, Sections 1111(a) and 7(3), the penalty for which can be found at Title 18, United States Code, Section 1111(b).

## NOTICE OF SPECIAL FINDINGS

**As it relates to Count 3 of this Indictment, the Federal Grand Jury further finds:**

Defendant **JASPER REED**:

a.  was 18 years of age or older at the time of the offense;

b.  intentionally killed the victim, R.P.;

c.  intentionally inflicted serious bodily injury that resulted in the death of the

2

victim, R.P.;

d.  intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and the victim, R.P., died as a direct result of the act;

e.  intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than a participant in the offense, such that participation in the act constituted a reckless disregard for human life and the victim R.P. died as a direct result of the act;

f.  has previously been convicted of a Federal or State offense, punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm (as defined in 18 U.S.C. § 921) against another person; and

g.  committed the offense after substantial planning and premeditation to cause the death of a person.

All pursuant to Title 18, United States Code, Sections 3591 and 3592.

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY EDGMON
BRANDON HALE
Assistant United States Attorneys