
Court

# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma


SLP

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____   Case No.: **CR 25-156**

Charging Document: **Indictment**   No. of Defendants: 1   Total No. of Counts: 3   Sealed: Y ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☐   Summons ☐   Notice ☑   N ☑

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: MV

| Name: JASPER REED | MAY 06 2025 |
|---|---|
| Alias(es): | Address: |
|  | FBI No.: |

| DOB: XX/XX/1997 | SSN: XXX-XX-0341 | Race: White | Interpreter: Y ☐ N ☑ |
|---|---|---|---|
| Sex: M ☑ F ☐ | Juvenile: Y ☐ N ☑ | Language/Dialect: English | |

**DEFENDANT STATUS/RECOMMENDATION:**   **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ☑ Detention Requested   Complaint: Y ☑   N ☐
☐ Type of Bond: _____
☑ In Custody at: Payne County Jail   Magistrate Judge Case No.: MJ- 24-657-STE
Inmate/Prisoner/Register No.: 15087-510   Previously Detained: Y ☑   N ☐

**ATTORNEY/AGENCY INFORMATION:**

☑ Public Defender   Name: Kyle Wackenheim   AUSA: Tiffany Edgmon/Brandon Hale
☐ CJA Panel   Address: 215 Dean A McGee, Suite 109   Agent/Agency: FBI
☐ Retained   Oklahoma City, Oklahoma 73102
Phone: (405) 609-5930   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 1113<br>18 U.S.C. § 7(3) | Attempted Murder | NMT 20 years' imprisonment; NMT $250,000.00 fine, or both; NMT 3 years' S/R; $100.00 S/A |
| 2 | 18 U.S.C. § 113(a)(6)<br>18 U.S.C. § 7(3) | Assault Resulting in Serious Bodily Injury | NMT 10 years' imprisonment; NMT $250,000.00 fine, or both; NMT 3 years' S/R; $100.00 S/A |
| 3 | 18 U.S.C. § 1111(a)<br>18 U.S.C. § 7(3)<br>18 U.S.C. § 3591<br>18 U.S.C. § 3592 | Murder in the First Degree | Imprisonment for life or death; NMT $250,000.00 fine, or both; NMT 5 years' S/R; $100.00 S/A |

**RECEIVED**
MAY 06 2025
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Tiffany Edgmon   Date: 05/06/2025